STEVEN M. MCKINLEY, Bar No. 195526
SPENCER B. PAVELCHIK, Bar No. 309312
LOW McKINLEY & SALENKO, LLP
2150 River Plaza Drive, Suite 250
Sacramento, CA 95833
Telephone:  (916) 231-2400
Facsimile:  (916) 231-2399
SMM@LMBLaw.net
SBP@LMBLaw.net

Attorneys for Defendant
SANJAY SHAH, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD ARMENTA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SANJAY SHAH, M.D.; KEITH TAYLOR, RN; THEOBALD NICHOLAS; KULIYEN FAUD, M.D.,<br><br>　　　　　Defendants. | Case No.: 2:22-CV-0415-TLN-JDP (PC)<br><br>[PROPOSED] ORDER ON MOTION TO OPT OUT OF EARLY ADR PROJECT<br><br>Third Amended Complaint Filed:  April 20, 2023<br>Trial Date:　　　　　　　　　None Set<br><br>*Assigned to The Honorable Jeremy D. Peterson* |

　　　　Defendant SANJAY SHAH, M.D. ("Defendant") filed a Motion to Opt Out of Early ADR Project. This Court read and considered the Motion and supporting documents, and any Opposition filed, if any.

　　　　Good case having been shown, this Court GRANTS said Motion.

　　　　Accordingly, IT IS SO ORDERED that:

　　　　1.　　Defendant's Motion to Opt Out of Early ADR Project is GRANTED;

　　　　2.　　The stay of this matter is hereby lifted.

3. This Court will issue a Scheduling Order setting further litigation deadlines in this matter.

IT IS SO ORDERED.

Dated:   June 12, 2024                                   /s/ Jeremy Peterson
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE