UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ARMENTA,<br><br>  Plaintiff,<br><br>  v.<br><br>SANJAY SHAH,<br><br>  Defendant. | Case No. 2:22-cv-0415-TLN-JDP<br><br>**ORDER** |

Plaintiff Richard Armenta ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 30, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 75.) Defendant filed objections to the findings and recommendations. (ECF No. 76.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. The Court considered Defendant's objections to the standard of law and analysis applied by the magistrate judge. (ECF No. 76 at 4.) While it is true that the standard is to draw

1

all *reasonable* inferences in Plaintiff's favor, rather than simple *all* inferences, the Court finds the magistrate judge came to the correct conclusion. Judgement on the pleadings is not warranted based on Defendant's argument about the discharge summary or Plaintiff's failure to timely respond to Defendant's requests for admission.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations (ECF No. 75) are ADOPTED; and

        2. Defendant's motion for judgment on the pleadings (ECF No. 71) is DENIED.

Date: September 9, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE