UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ARMENTA, | Case No. 2:22-cv-0415-TLN-JDP (P) |
| Plaintiff, | |
| v. | ORDER SETTING STATUS CONFERENCE |
| SANJAY SHAH, | |
| Defendant. | |

Plaintiff is a state inmate proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Motion practice has concluded, and claims remain against defendant Shah. The court will hold a status conference on January 8, 2026, at 10:00 a.m. The parties should be prepared to discuss whether they are interested in a settlement conference, any practical limitations on going to trial at this juncture, anticipated trial length, and any other measure that would contribute to speedy and efficient resolution of this case.[1]

Accordingly, it is hereby ORDERED that:

1. A status conference is set for January 8, 2026, at 10:00 a.m. on Zoom.

---

[1] Under Local Rule 270(b), because the undersigned is not the trial judge, the undersigned may conduct the settlement conference, "except that, at the time the settlement conference is scheduled or as otherwise ordered by the Court, any party may request that the conference not be conducted by the assigned Magistrate Judge." The parties shall state in their status report whether they wish to have another magistrate judge conduct the settlement conference.

1

2. By no later than December 23, 2025, the parties shall file status reports addressing the matters identified above.

3. The Clerk of Court is directed to send a copy of this order to the litigation coordinator at plaintiff's institution of confinement.

IT IS SO ORDERED.

Dated:   December 2, 2025                              _____
                                                       JEREMY D. PETERSON
                                                       UNITED STATES MAGISTRATE JUDGE