UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ARMENTA,

          Plaintiff,

    v.

SANJAY SHAH,

          Defendant.

Case No.  2:22-cv-0415-TLN-JDP

ORDER AFTER HEARING

This case was before the court on February 12, 2026, for a status conference.  ECF No. 88.  Attorney Spencer Pavelchik appeared on behalf of defendant, and plaintiff appeared pro se.

For the reasons state on the record, it is hereby ORDERED that discovery is re-opened until April 13, 2026.

IT IS SO ORDERED.

Dated:    February 13, 2026                        _____
                                        JEREMY D. PETERSON
                                        UNITED STATES MAGISTRATE JUDGE