UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ARMENTA,

　　　　　Plaintiff,

　　v.

SANJAY SHAH,

　　　　　Defendant.

Case No.  2:22-cv-0415-TLN-JDP (P)

ORDER

Pending is plaintiff's motion to appoint medical expert, ECF No. 87.  He seeks appointment of a medical expert under Rule 706 of the Federal Rules of Evidence.  ECF No. 87 at 1.  That rule does not, however, allow for appointment of an expert to assist one party.  *See Fregia v. Yucui Chen*, No. 1:20-cv-01024-KES-EPG (PC), 2025 U.S. Dist. LEXIS 153683, *4 (E.D. Cal. Aug. 8, 2025).  And, at this time, the court does not find it necessary to appoint an expert to assist it.  The motion is denied.

1

Accordingly, it is ORDERED that plaintiff's motion to appoint medical expert, ECF No. 87, is DENIED.

IT IS SO ORDERED.

Dated:    May 5, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE