# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

RICHARD ARMENTA,                     Case No. 2:22-cv-0415-TLN-JDP

      Plaintiff,

   v.

                        **ORDER & WRIT OF HABEAS CORPUS**
SANJAY SHAH,                         **AD TESTIFICANDUM**

      Defendant.

_____/

Richard Armenta, CDCR # G-39318, a necessary and material witness in a settlement conference in this case on June 16, 2026, is confined in California State Prison, Centinela (CEN), in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dennis M. Cota, by Zoom video conference from his place of confinement, on Tuesday, June 16, 2026 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.  Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Out-to-Court Desk at California State Prison, Centinela at (760) 337-7694 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Jodi Palmer, Courtroom Deputy, at jpalmer@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CEN, P. O. Box 731, Imperial, California 92251:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Cota at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.


Dated:    May 6, 2026    _____
                          JEREMY D. PETERSON
                          UNITED STATES MAGISTRATE JUDGE