**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD ARMENTA, | No.  2:22-CV-0415-TLN-JDP-P |
| Plaintiff, | |
| v. | ORDER |
| SANJAY SHAH, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

The matter has been referred to the undersigned to conduct a settlement conference, which was set to occur on June 16, 2026.  Due to technical problems at the prison, the settlement conference was vacated.  Upon further review of the file, the undersigned has determined that a settlement conference at this time would not be fruitful or result in an efficient use of judicial resources.  Accordingly, the matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:  June 25, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1